# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

138267

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN EDWARD RAY,
      Defendant-Appellant.

SC: 138267
COA: 288438
Berrien CC: 2007-405753-FH

_____/

      On order of the Court, the application for leave to appeal the January 23, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

0518

_____
Clerk